IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 111-097 |
| | * | |
| ELIJAWAN LEYSHATH RHODES | * | |

**O R D E R**

Presently before the Court is Defendant's Motion for Modification of Sentence. (Doc. 75.) Because Mr. Rhodes filed an identical Motion for Modification of Sentence (doc. 72), which was denied on February 5, 2015 (doc. 74), the Court construes his present motion as one for reconsideration. Mr. Rhodes, however, has not presented any additional facts or legal authority that would support reconsideration. Further, on an independent review, the Court finds no error. For that reason, Mr. Rhodes' Motion for Modification of Sentence (doc. 75), construed as Motion for Reconsideration, is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of August, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA